IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00386-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| AARON M. WENS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion to allow a probation officer to adjust, modify, and tailor his house arrest supervision at her discretion. (Doc. No. 198).

In lieu of a sentence of full incarceration for a Zone C advisory guideline range, the Court sentenced the defendant to six months incarceration and six months home detention with location monitoring. (Doc. No. 135: Judgment at 2-3); USSG §5C1.1(d)(2). Home detention must be enforced by an appropriate means of surveillance, which is ordinarily electronic monitoring. USSG §5F1.4 comment. (n.2), (backg'd). Here, the defendant has not specified what adjustments the probation officer would be expected to make and how they would comply with the requirements for home detention. Detention is a intended, necessary and important component of home detention.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 198), is **DENIED**.

Signed: March 5, 2015

Robert J. Conrad, Jr.
United States District Judge